**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CLAUDETTE KOTKA., et al.

    Plaintiffs,

v.                                   Case No. 08-CV-10617

JEWISH VOCATIONAL SERVICE,

    Defendant.
                                         /

**ORDER STAYING DISCOVERY**

On June 16, 2008, the court conducted a status conference in the above-captioned case. At the conference, the parties informed the court that they will be facilitating this case on August 21, 2008. In order to reduce costs and thus aid the facilitative process, the parties requested that the court enter an order staying the proceedings in this matter until after the facilitation. The court is persuaded that a stay is warranted given the parties' assurances that they will engage in good faith negotiations at, or before, the facilitation. Accordingly,

IT IS ORDERED that discovery in this matter is STAYED until **August 21, 2008.** The court will not conduct a hearing on Plaintiffs' pending motion to remand, *see* E.D. Mich. LR 7.1(e)(2), but will withhold the issuance of an opinion until August 26, 2008.

Plaintiffs' counsel is DIRECTED to contact the court's case manager on **August 22, 2008** and notify her as to whether the case has settled.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: June 25, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 25, 2008, by electronic and/or ordinary mail.

                                                     S/Lisa Wagner
                                                     Case Manager and Deputy Clerk
                                                     (313) 234-5522